IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KYLE C. McLAUGHLIN,

    Plaintiff,                                                         JUDGMENT IN A CIVIL CASE

v.                                                                                                   14-cv-852-wmc

STATE OF WISCONSIN, BROWN
COUNTY CIRCUIT COURT BRANCH 8,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Circuit Court for Brown County, Wisconsin.  Alternatively, this case is dismissed without prejudice.

| /s/ | 12/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |