IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KYLE C. MCLAUGHLIN,

          Plaintiff,

v.

STATE OF WISCONSIN,
BROWN COUNTY, CIRCUIT COURT
BRANCH 8,

          Defendants.

ORDER

14-cv-852-wmc

Plaintiff Kyle C. McLaughlin attempted to remove state court criminal proceedings against him for the purpose of challenging the state court's authority or jurisdiction over him. On December 23, 2014, this court remanded this case to the Circuit Court for Brown County, Wisconsin. Alternatively, the case was dismissed without prejudice.

McLaughlin has now filed a "Writ of Error" objecting to the remand order, dkt. # 10, which is construed as a motion seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). McLaughlin does not show that this case was remanded in error or that he is otherwise entitled to relief from the judgment. Accordingly, the motion for reconsideration will be denied.

ORDER

IT IS ORDERED that plaintiff Kyle C. McLaughlin's motion for reconsideration, dkt. # 10, is DENIED.

Entered this 6th day of January, 2015.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge